UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 22-3417

APRIL CARROLL, As ADMINISTRATOR of ESTATE OF KEVIN CARROLL, and in her own right

v.

COMPREHENSIVE HEALTHCARE MANAGEMENT SERVICES, LLC, d/b/a BRIGHTON REHABILITATON AND WELLNESS CENTER; SAMUEL HALPER; EPHRAM LAHASKY; HEALTHCARE SERVICES GROUP, INC.; HCSG EAST, LLC

Comprehensive Healthcare Management Services, LLC, d/b/a Brighton Rehabilitation and Wellness Center; Samuel Halper; Ephram Lahasky, Appellants

(W.D. Pa. No. 2-22-cv-00686)

Present:  HARDIMAN, PHIPPS and SMITH, Circuit Judges

1. Motion by Appellants for Judicial Notice.

Respectfully,
Clerk/amr

_____ORDER_____
The foregoing Motion is GRANTED.

By the Court,

s/ *Thomas M. Hardiman*
Circuit Judge

Dated: April 19, 2024
Amr/cc: All counsel of record